**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2242**

---

JOHN T. COPLEY; BANKRUPTCY ESTATE OF JOHN T.
COPLEY,

                                        Plaintiffs - Appellants,

        versus

JANET SMITH HOLBROOK, in her individual and
official capacity; INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA; DAVID KONRAD; HUDDLESTON,
BOLEN, BEATTY, PORTER & COPEN, LLP,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Joseph Robert Goodwin,
District Judge.  (CA-01-782-3)

---

Submitted:  February 20, 2003        Decided:  February 26, 2003

---

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John T. Copley, Appellant Pro Se.  Herbert Joseph Stapleton, III,
HUDDLESTON, BOLEN, BEATTY, PORTER & COPEN, Huntington, West
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John T. Copley appeals from the district court's order accepting the recommendation of the magistrtate judge and dismissing his action in which he sought recovery of damages from the former trustee of his bankruptcy estate, counsel for the trustee, and the trustee's bonding company. We have reviewed the record and the opinion of the district court and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Copley v. Holbrook, No. CA-01-782-3 (S.D.W. Va. Sept. 26, 2002). We deny Copley's motions to supplement the record and for correction of the bankruptcy court's docket sheet and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2